### 15.  REEVES *v.* DOUGLAS.

HILL, C. J.  This case falls within the provisions of the Civil Code, § 5585; and the evidence not demanding the verdict, this court will not interfere with the discretion of the judge below in granting a new trial.
*Judgment affirmed.*

Complaint, from city court of Atlanta—Judge Calhoun.  February 10, 1906.

Submitted January 8,—Decided January 11, 1907.

*Lowndes Calhoun, Walter R. Daley,* for plaintiff in error.